**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                              Case No:   5:22-cv-461-GAP-PRL

JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
97.102.150.12,

    Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 13), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, each party to bear its own fees and costs.   Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in on January 3rd , 2023.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties